IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKY NOLAN,
                    Appellant,
            vs.
STEFANY ANN MILEY; AND KATLYN
M. BRADY,
                    Respondents.

No. 83820

FILED

DEC 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

        This is a pro se appeal from a district court order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Jessica K. Peterson, Judge.

        Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than 30 days after service of written notice of entry of the judgment or order.[1] *See* NRAP 4(a)(4); NRAP 26(c). An untimely notice

---

[1]The challenged order was filed in district court on June 15, 2021. Written notice of entry of the challenged order was served on appellant, via email, on June 16, 2021. It appears appellant filed a motion for reconsideration on July 1, 2021. The district court issued an order denying the motion for reconsideration on August 11, 2021, and written notice of entry of the district court's order appears to have been served on appellant on August 19, 2021. While appellant's official notice of appeal was not filed in district court until November 17, 2021, it appears that he attempted to

*continued on next page...*

21-35376

of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:     Hon. Jessica K. Peterson, District Judge
        Ricky Nolan
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk

---

file a notice of appeal initially on October 4, 2021, which was rejected, as appellant's in forma pauperis status expired on August 27, 2021. However, this initial notice of appeal was still outside the 30-day appeal period. *See* NRAP 4(a)(4); NRAP 26(c).